**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARVIN A.M.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CENTRAL VALLEY ANNEX,<br><br>Respondent. | No. 1:26-cv-08159-JLT-EGC (HC)<br><br>A-Number: 244-738-469<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO IMMEDIATELY RELEASE PETITIONER, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 9) |

Marvin A.M. is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 26, 2026, the magistrate judge issued findings and recommendations that the Petition be granted and Respondents be directed to immediately release Petitioner. (Doc. 9.) On October 29, 2026, Respondents filed timely objections. (Doc. 13.)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Respondent's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. This Court recently explained why Respondents' objections, premised on *Padilla v. U.S. Immigration & Customs Enforcement*, --- F.4th ---, No. 24-2801, 2026 WL 2822044 (9th Cir. Sept. 21, 2026), *Shaughnessy v. United States ex rel. Mezei*, 345 U.S. 206 (1954), and *Barrera-*

*Echavarria v. Rison*, 44 F.3d 1441 (9th Cir. 1995), are not persuasive. *See Charles v. Warden, California City Detention Facility*, No. 1:26-CV-08343 JLT EGC (HC), 2026 WL 3217333, at *3 (E.D. Cal. Oct. 27, 2026). Moreover, the Court agrees with the magistrate judge that Petitioner is entitled to habeas relief on his due process claim and that Petitioner, who was released on humanitarian parole in 2024 and has no criminal history whatsoever (Doc. 7-1 at 2–3), falls into the category of individuals for whom this Court has found immediate release is appropriate. *See id*. at *4. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 26, 2026 (Doc. 9) are **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **GRANTED**.
3. Respondents **SHALL** immediately release Petitioner from their custody.
4. The Clerk of Court is directed to serve the Central Valley Annex with a copy of this Order.
5. The Clerk of Court is directed to **CLOSE THE CASE** and terminate all pending motions as moot.

IT IS SO ORDERED.

Dated: November 2, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE